

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA NERI,<br><br>                    Petitioner,<br><br>          vs.<br><br>TINA HORNBEAK, Warden,<br><br>                    Respondent. | Case No. EDCV 07-1229-FMC (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and papers herein, including the Magistrate Judge's Report and Recommendation. Objections to the Report and Recommendation have been filed by respondent. Having made a *de novo* determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered granting a conditional writ of habeas corpus as follows: Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of her conviction in San Bernardino County Superior Court Case No. FVA015633.

//

1

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and

2  the Judgment by United States mail on petitioner and counsel for respondent.

3

4  DATED: _April 30, 2008_

5

6

7  FLORENCE-MARIE COOPER
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28