# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VERONICA NERI,

          Petitioner,

vs.

TINA HORNBEAK, Warden,

          Respondent.

Case No. EDCV 07-1229-FMC (RNB)

**JUDGMENT**

    Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is conditionally granted as follows: Unless petitioner is brought to retrial within sixty (60) days of the date the Judgment herein becomes final (plus any additional delay authorized under State law), respondent shall discharge petitioner from all adverse consequences of her conviction in San Bernardino County Superior Court Case No. FVA015633.

DATED: April 30, 2008

FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE